# Court of Appeals
# of the State of Georgia

ATLANTA,___April 12, 2013_____

*The Court of Appeals hereby passes the following order:*

**A13A1438. JACOB MITCHELL HODGES v. THE STATE.**

Jacob Hodges filed this pro se direct appeal from the adjudication of guilt and imposition of sentence following the revocation of his probation. In order to appeal the revocation of his probation, however, Hodges was required to file an application for discretionary appeal. OCGA § 5-6-35 (a) (5); *Freeman v. State*, 245 Ga. App. 333, 333-334 (537 SE2d 763) (2000); *Zamora v. State*, 226 Ga. App. 105 (485 SE2d 214) (1997). His failure to comply with the discretionary appeal procedure deprives this court of jurisdiction to consider this appeal, which is therefore *DISMISSED*.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 04/12/2013_____
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

 *, Clerk.*